10-13-05

JOINT MOTION GRANTED. PRETRIAL CONFERENCE/POSSIBLE CHANGE OF PLEA HEARING RESET FOR WEDNESDAY, NOVEMBER 9, 2005 at 2:00 P.M.

s/ Ann Aldrich

United States District Judge

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** ) | | **CASE NO.: 4:05CR104** |
| ) | | |
| **Plaintiff** ) | | **JUDGE ANN ALDRICH** |
| ) | | |
| **vs.** ) | | |
| ) | | **JOINT MOTION TO CONTINUE** |
| **DWAINE A. MCELROY** ) | | |
| ) | | |
| **Defendant** ) | | |

Now comes the Defendant, through counsel, and respectfully requests a continuance of the Pre-Trial scheduled for Friday, October 14, 2005.

For cause, counsel for the accused and government have been engaged in plea negotiations and additional time is necessary to explore possible resolution.

This motion is not meant to cause undue delay. The defendant has previously waived his right to a speedy trial.

The United States Attorney's office has no opposition to this request.